IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOHN ADAMSON,<br><br>　　　　Defendant and Judgment Debtor.<br><br>J.P. MORGAN CHASE, N.A.,<br>(and its Successors and Assignees)<br><br>　　　　Garnishee. | Case No.: 2:17-mc-00194-GEB-EFB<br><br>**[PROPOSED] ORDER FOR PAYMENT OF GARNISHMENT; TERMINATION OF WRIT; AND FINAL ORDER THEREON (BANK GARNISHMENT)**<br><br>Criminal Case. No. 2:99CR00115-GEB |

The Judgment Debtor was served by the Garnishee with the Answer of Garnishee on December 22, 2017. No written objections or request for hearing was filed within 20 days, as set forth in 28 U.S.C. § 3205(c)(5), and no request for a hearing was filed on a claim of exemption, pursuant to 28 U.S.C. § 3014(b)(2).

Pursuant to 28 U.S.C. §3205(c)(7), after the Garnishee files an answer, and if no hearing is requested within the required time period, the court shall promptly enter an order directing the Garnishee as to the disposition of the Judgment Debtor's property.

ACCORDINGLY, IT IS SO ORDERED that J.P. Morgan Chase, N.A. shall turn over to the Clerk of Court, in certified funds, the amount of $355.21.

[proposed] Order for Payment of Garnishment;
Termination of Writ; and Final Order Thereon

1

1. Within 30 days of the date of this Order, certified funds shall be paid to the *Clerk of Court* at the following address: Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814;

2. You must reference the criminal case docket number (Case No. 2:99CR00115-GEB) on the payment instrument; and,

3. If requesting a payment receipt, include a self-addressed, stamped envelope with the payment.

IT IS FURTHER ORDERED that upon receipt of payment by the Clerk of the Court, the Writ of Garnishment (Bank Garnishment) is hereby terminated, and this miscellaneous docket case is hereby CLOSED.

IT IS SO ORDERED.

DATED: February 14, 2018

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE